[No. 41345-7-I.    Division One.    February 8, 1999.]

KIMBERLEE RAE FLANIGAN, ET AL., *Appellants*, v. JOHN DOE
MCCRAE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-2-08382-8, Ronald L. Castleberry,
J., entered August 19, 1997. *Affirmed* by unpublished
opinion per Cox, J., concurred in by Baker and Becker, JJ.

[No. 41415-1-I.    Division One.    February 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER
JEFFERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-04109-7, Larry Jordan, J., entered
September 15, 1997. *Dismissed* by unpublished per curiam
opinion.

[No. 41424-1-I.    Division One.    February 8, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. JEFFREY STEVEN
TREAT, *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 97-1-00686-7, David A. Nichols, J., entered
September 16, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 41569-7-I.    Division One.    February 8, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. TRAVIS PERRY,
*Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-1-00909-4, Steven J. Mura, J., entered
September 11, 1997. *Affirmed* by unpublished per curiam
opinion. Now published at 96 Wn. App. 1.